**Earsel Larry JOHNSON, Defendant-Appellant,**

v.

**STATE of Missouri, Plaintiff-Respondent.**

**No. 51980.**

Missouri Court of Appeals, Eastern District, Division Three.

May 5, 1987.

Motion for Rehearing and/or Transfer Denied June 9, 1987.

Application to Transfer Denied July 14, 1987.

Deborah Lambdin Stockhausen, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Movant, Earsel Larry Johnson, appeals from the denial of his Rule 27.26 motion for post-conviction relief, without an evidentiary hearing. Affirmed. Rule 84.-16(b).